# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., <br><br> *Defendants.* | C.A. No. 25-753-RGA |

### STIPULATION AND ORDER FOR
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc. (collectively "Alembic"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Alembic's time to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended from September 5, 2025 to and including September 19, 2025.

Dated: September 5, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Derek J. Fahnestock*<br>Rodger D. Smith II (No. 3778)<br>Derek J. Fahnestock (No. 4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | */s/ Samantha G. Wilson*<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>swilson@ycst.com<br><br>*Attorney for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc.* |

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge