## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., <br><br> *Defendants.* | C.A. No. 25-753-RGA |

## STIPULATION AND ORDER FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings SA, and Alembic Pharmaceuticals, Inc. (collectively "Alembic"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Alembic's time to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended from September 19, 2025 to and including October 20, 2025.

Dated: September 18, 2025

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

*/s/ Derek J. Fahnestock*
Rodger D. Smith II (No. 3778)
Derek J. Fahnestock (No. 4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG,
Bayer AG and Janssen Pharmaceuticals, Inc.*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
swilson@ycst.com

*Attorney for Defendants Alembic
Pharmaceuticals Limited, Alembic Global
Holdings SA, and Alembic Pharmaceuticals,
Inc.*


        **SO ORDERED** this _____ day of _____, 2025.


                                    _____
                                    United States District Judge