IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED, et al. <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC. <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1742 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-410 (RGA) |

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL, INC., <br><br> Defendant. | C.A. No. 24-336 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 25-349 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 25-631 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. | C.A. No. 25-694 (RGA) |

| | |
|---|---|
| APOTEX INC. and APOTEX CORP.,<br><br>　　　　　Defendants.<br>———————————————————<br>BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MACLEODS PHARMACEUTICALS LTD. and<br>MACLEODS PHARMA USA, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-719 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED,<br>ALEMBIC GLOBAL HOLDING SA, and<br>ALEMBIC PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-753 (RGA)<br>)<br>)<br>)<br>)<br>)<br>) |
| BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HETERO LABS LIMITED, ASCENT<br>PHARMACEUTICALS INC., and CAMBER<br>PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-754 (RGA)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., ) ) ) ) Plaintiffs, ) ) v. ) ) DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., ) ) ) ) Defendants. ) ) | C.A. No. 25-1043 (RGA) |

## JOINT STIPULATION TO EXTEND TIME TO PROVIDE STATUS REPORT

WHEREAS, this case had been stayed pending a decision by the United States Court of Appeals for the Federal Circuit in *Bayer Pharma Aktiengesellschaft v. Mylan Pharmaceuticals Inc.*, No. 23-2434 (Fed. Cir.), on appeal from *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB),[1] which decision was entered on September 23, 2025;

WHEREAS, by Joint Status Report of September 30, 2025, the Parties agreed the cases in this MDL should continue to be stayed until the Federal Circuit issued its mandate, and to provide a further Joint Status Report seven days after the issuance of the mandate;

WHEREAS, the mandate issued December 1, 2025; and

WHEREAS the parties agree to request an additional two weeks to arrive at a Joint Status Report to present the parties' views as to how the case should proceed;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the time for the parties to provide a joint status report is extended two weeks, to December 22, 2025.

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding.

4

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Daniel A. Taylor* |
| Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Megan C. Haney* | */s/ Anne Shea Gaza* |
| John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

SHAW KELLER LLP

*/s/ Karen E. Keller*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

ABRAMS & BAYLISS LLP

*/s/ April M. Ferraro*

John M. Seaman (#3868)
April M. Ferraro (#6152)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

*Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL, LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Phone: (302) 472-7300
dgattuso@hegh.law

*Attorney for Defendant Prinston Pharmaceutical, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorney for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.*

KRATZ & BARRY LLP

*/s/ R. Touhey Myer*

R. Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-8378
tmyer@kratzandbarry.com

*Attorney for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

STAMATIOS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

7

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

---

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Hetero Labs Limited, Ascent Pharmaceuticals Inc., and Camber Pharmaceuticals, Inc.*

December 8, 2025

SO ORDERED this _____ day of _____, 2025.

_____
United States District Court Judge