IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) '310 PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., Defendants. | C.A. No. 25-753 (RGA) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. hereby voluntarily dismiss all claims in C.A. No. 25-753 (RGA) without prejudice.

OF COUNSEL:

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Ben Picozzi
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
*Attorneys for Plaintiffs Bayer Pharma AG and Bayer AG*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*
_____
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.*

Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
*Attorney for Plaintiff Janssen*
*Pharmaceuticals, Inc.*

December 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza<br>Samantha G. Wilson<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alembic*<br>*Pharmaceuticals Limited, Alembic Global*<br>*Holding SA, and Alembic Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese<br>Byron L. Pickard<br>Lauren A. Watt<br>STERNE, KESSLER, GOLDSTEIN<br>   & FOX, P.L.L.C.<br>1101 K Street, N.W.<br>10th Floor<br>Washington, D.C. 20005<br>*Attorneys for Defendants Alembic*<br>*Pharmaceuticals Limited, Alembic Global*<br>*Holding SA, and Alembic Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)